**Luther N. DURR, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 02–7114.**

United States Court of Appeals, Federal Circuit.

June 2, 2003.

Before RADER, SCHALL, and PROST, Circuit Judges.

SCHALL, Circuit Judge.

*ORDER*

The Secretary of Veterans Affairs moves to waive the requirements of Fed. Cir. R. 27(f) and to remand this case to the Court of Appeals for Veterans Claims for further proceedings in light of our decision in *Jaquay v. Principi*, 304 F.3d 1276 (2002). The Secretary states that Luther N. Durr does not oppose.

The Secretary notes that in this case the Court of Appeals for Veterans Claims relied in part on its previous decision in *Jaquay*. Because we subsequently reversed that court's decision, the parties

seek a remand so that the Court of Appeals for Veterans Claims can reconsider its decision in light of our decision.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The Secretary's motion to waive the requirements of Fed. Cir. R. 27(f) is granted.

(2) The Secretary's motion to remand is granted.